UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:17-cr-368-T-17JSS

ASHLEY STANBACK

## ORDER OF FORFEITURE

The defendant pleaded guilty to Count Three of the Indictment which charges her with theft of government funds, in violation of 18 U.S.C. § 641, and the United States has established that the defendant obtained $7,159.00 in proceeds as a result of the offense.

The United States moves under 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, to forfeit the $7,159.00. The motion is GRANTED. The United States is entitled to forfeit the $7,159.00 in proceeds the defendant obtained.

Because the $7,159.00 in proceeds was dissipated by the defendant, the United States may seek, as a substitute asset, pursuant to 21 U.S.C. § 853(p), forfeiture of any of the defendant's property up to the value of $7,159.00. Jurisdiction is retained to enter any order necessary for the forfeiture and disposition of any substitute asset and to address any third-party claim.

CASE NO. 8:17-CR-368-T-17JSS

DONE and ORDERED in Tampa, Florida, this 28th day of February, 2018.

*signature*

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties/Counsel of Record

2